

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-19-00718-CV

**VR PARTNERS I, L.P.,**
Appellant

v.

**MIDTEX OIL, L.P**. and Juniper Ventures of Texas, LLC,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0448-CV-C
Honorable William Old, Judge Presiding

# O R D E R

The Appellees' Unopposed Motion for Leave to File Post Submission Brief is hereby
GRANTED.

It is so **ORDERED** on March 17, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
Clerk of Court